OSCAR S. RANDALL, Respondent, *v.* THE UNITED STATES LEATHER COMPANY, Appellant.

*Randall* v. *U. S. Leather Co.,* 95 App. Div. 620, affirmed.
(Argued December 6, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 6, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*H. Austin Clark* for appellant.

*Martin S. Lynch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. GRAY, J., dissents on the ground of the erroneous instruction to the jury with respect to the liability of the defendant.

---

TITLE GUARANTEE AND TRUST COMPANY, as Substituted Trustee, Plaintiff, *v.* THE MONTICELLO LAND AND IMPROVEMENT COMPANY et al., Defendants.

JEFFERSON M. LEVY, Respondent, and MILLARD F. SMITH, Appellant.

*Title Guarantee & Trust Co.* v. *Monticello L. & I. Co.,* 62 App. Div. 620, affirmed.
(Argued December 6, 1905; decided January 9, 1906.)

APPEAL from a final judgment, entered June 21, 1904, in favor of respondent herein, upon an order of the Appellate Division of the Supreme Court in the second judicial department, affirming an interlocutory judgment in an action for the foreclosure of two mortgages.

*Paul E. Jones* and *Frank C. Avery* for appellant.

*Gratz Nathan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.